TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00064-CV

Jainagil Y. Moore, Appellant

v.

Kimberly N. Savere, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. FM004353, HONORABLE ANGELITA MENDOZA-WATERHOUSE, JUDGE PRESIDING

PER CURIAM

 Because appellant Jainagil Y. Moore has failed to file an appellant's brief, we will
dismiss this appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the notice of appeal and the clerk's record in this cause
on February 12, 2001. The reporter's record was filed on March 23, 2001. Thus, appellant's brief
was due April 23.

 By postcard dated June 4, 2001, the Clerk of this Court notified the parties that the
appeal was subject to dismissal for want of prosecution unless appellant tendered a motion for
extension of time by June 14 reasonably explaining the failure to file a brief. Thus far, appellant has
submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. See
id. 42.3(b).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: June 26, 2001

Do Not Publish